UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANIS SHUMWAY, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 1:21−cv−05313 |
| : | Honorable Rebecca R. Pallmeyer |
| **SHODEEN INVESTMENT PROPERTY** : | |
| **COMPANY d/b/a HERRINGTON INN &** : | |
| **SPA, a Foreign Limited Liability Company,** : | |
| : | |
| **Defendant.** : | |
| _____/ : | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, JANUS SHUMWAY, and, pursuant to Rule 41(a)(1)(A)(i), *Fed.R.Civ.P.*, hereby files this Notice of Voluntary Dismissal Without Prejudice, and states:

1. Plaintiff filed this action on October 6, 2021. *See* Doc. 1.

2. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides:

> (a) Voluntary Dismissal
>
> (1) By the Plaintiff
>
> (A) Without a Court Order. Subject to [certain Rules and statutes inapplicable here], the plaintiff may dismiss an action without a court order by filing:
>
> (i) a notice of dismissal before the opposing party serves an answer or a motion for summary judgment . . . .

Fed. R. Civ. P. 41(a)(1)(A)(i).

3. As of the date of this filing, Defendant, SHODEEN INVESTMENT PROPERTY COMPANY d/b/a HERRINGTON INN & SPA, has not filed an answer or a motion for summary judgment.

1

4.  Plaintiff therefore files this Notice of Voluntary Dismissal Without Prejudice.

WHEREFORE Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this March 31, 2022.

Respectfully submitted,

Attorney for Plaintiff(s):

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262